UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No.05-10077-T |
| vs. ) | |
| ) | |
| ROBERT DEREK BELL ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **Robert Derek Bell**, now being detained in the Haywood County Jail, Brownsville, Tennessee, appear before Magistrate Thomas Anderson on the 17th day of JANUARY 2:00, 2006 for an Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 7th day of December, 2005.

_____
Victor L. Ivy
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Haywood County Jail, Brownsville, Tennessee.

YOU ARE HEREBY COMMANDED to have **Robert Derek Bell** appear before the Magistrate Thomas Anderson at the date and time aforementioned.

ENTERED this 21st day of December, 20 05.

_____
S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12/30/05

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10077 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT